UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSHUA DIFIORE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CELLULAR SALES OF INDIANA, LLC )<br>   d/b/a CELLULAR SALES VERIZON, )<br>)<br>Defendant. ) | No. 1:21-cv-02059-RLY-MJD |

**FINAL JUDGMENT**

Consistent with the court's Entry Granting Motion to Confirm Arbitration Award, (Filing No. 24), final judgment is hereby entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED** this 19th day of April 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____Dina M. Doyle_____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.